IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAVANIA WHITE, Individually, and on behalf of others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PEACH MOTORS, LLC d/b/a GRAVITY AUTOS, and MOHAMMED ADEEL SHAD, | : | CIVIL ACTION NO. 1:15-CV-3419-AT |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

This matter is before the Court on the Parties' Consent Motion for Approval of Settlement Agreements [Doc. 23]. The Court now reviews the agreements for adequacy, consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The Court has reviewed the proposed settlement agreements and considered counsels' explanation of the settlement terms and the practical litigation considerations that warrant settlement of this matter. In particular, the Court appreciates that the Parties have outlined, via email, their respective positions regarding the number of overtime hours that Plaintiffs allegedly worked and were not properly compensated for, and the amount of overtime compensation Plaintiffs would be entitled to if they were to prevail on their

claims.  Based on the totality of counsels' explanation, the Court finds that the settlement agreements under the circumstances of this case are fair, adequate, and reasonable.

THEREFORE, the Court **GRANTS** the Parties' Consent Motion for Approval of Settlement Agreements [Doc. 23] and **APPROVES** the settlements as fair, reasonable, and adequate resolutions of this action.  Pursuant to the settlement agreements, the Court **SHALL** retain jurisdiction over the matter to the extent necessary to enforce the terms of the agreements.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 4th day of February, 2016.

**Amy Totenberg**
**United States District Judge**